FILED
CLERK, U.S. DISTRICT COURT
2/14/2025
CENTRAL DISTRICT OF CALIFORNIA
BY GSA DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Steven A. Pritz
1475 Cuyama Highway
Cuyama, California 93254
Telephone: 313-300-6503
stevenapritz@gmail.com
Pro Se

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 420 PLENTY, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, WILLIAM CAMPOY AND DAVID FISH,<br><br>PLAINTIFFS,<br>VS.<br><br>STEVEN A. PRITZ AND JEFFREY PRITZ DOES 1-20,<br><br>DEFENDANTS. | 2:25-CV-01434-FLA-(DFMx)<br>Case No.: ~~20CV-0506~~<br>Honorable Judge Craig van Rooyen<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. \u00a7 1441 & 1446**<br><br>Action filed: 10/01/2020<br>Bench Trial: 06/30/2025 |

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. \u00a7 1441 & 1446**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, THE CLERK OF THE COURT,

Pursuant to **28 U.S.C. \u00a7\u00a7 1441 and 1446**, Defendant **Steve n A. Pritz** hereby removes this action from the **Superior Court of the State of California, County of San Luis Obispo**, to the **United States District Court for the Central District of California** In support of this Notice of Removal, Defendant states as follows:

## I. TIMELINESS OF REMOVAL

1. This removal is timely under **28 U.S.C. \u00a7 1446(b)(3)**, which allows removal within **30 days** after receipt of "an amended pleading, **motion**, order or other paper from which it may first be ascertained that the case is one which is or has become removable."
2. Plaintiff's claims, as recently discovered, raise significant issues under **Title 38 of the United States Code**, which governs VA home loan guarantees and federal protections concerning veterans' home loans.
3. The federal question jurisdiction under **28 U.S.C. \u00a7 1331** became apparent only after further discovery and legal analysis of the claims, making removal appropriate at this time.

## II. FEDERAL QUESTION JURISDICTION

4. This Court has original jurisdiction under **28 U.S.C. \u00a7 1331** because Plaintiff's claims require the interpretation and application of federal law, specifically **Title 38 U.S.C.**, governing VA home loans and prohibitions against misuse by third parties.
5. The **Supremacy Clause (U.S. Const. Art. VI, Cl. 2)** mandates that federal law preempts conflicting state law decisions regarding Title 38.

6. The State Court's refusal to recognize and apply Title 38 raises substantial federal questions that require resolution by a federal court.

## III. COMPLIANCE WITH REMOVAL PROCEDURE

7. A copy of all process, pleadings, and orders served upon Defendant in the State Court action is attached as **Exhibits A, B, C, D, E and F** in compliance with **28 U.S.C. \u00a7 1446(a)**.
8. Written notice of the filing of this Notice of Removal is being provided to Plaintiff and filed with the Clerk of the **Superior Court of California, County of San Luis Obispo**, as required by **28 U.S.C. \u00a7 1446(d)**.
9. Venue is proper in the **Central District of California** under **28 U.S.C. \u00a7 1441(a)** because the **Superior Court of San Luis Obispo County** is within this federal district.

## IV. REQUEST FOR STAY OF STATE COURT PROCEEDINGS

10. Defendant respectfully requests that this Court **immediately issue a stay** of the pending state court proceedings to prevent any further action in state court, as required under **28 U.S.C. \u00a7 1446(d)**.

## V. CONCLUSION

WHEREFORE, Defendant **Steven A. Pritz** respectfully removes this action from the **Superior Court of California, County of San Luis Obispo**, to the **United States District Court for the Central District of California**, and requests all further proceedings be conducted in this Court.

DATED: **February 14, 2025**

Respectfully submitted,

**Steven A. Pritz**

1475 Cuyama Highway

Cuyama, CA 93252

stevenapritz@gmail.com

313-300-6503



/s/ Steven A. Pritz/s/
Steven A. Pritz (Pro Per)